IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Third World Media, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of May 13, 2011 through July 12, 2011, Sharing Hash File 763E1BC277D2705C4B651957D0BECF3A7E872D86; and DOES 1 through 26,<br><br>Defendants. | No. CV-11-01932-PHX-NVW<br><br>**ORDER** |

    The Court having reviewed the Plaintiff's Notice of Voluntary Dismissal of Doe Defendants 1, 5, 6, 7, 8, 15, 18, and 20 (Doc. 9) filed on January 16, 2012, and good cause appearing,

    IT IS FURTHER directing the Clerk of the Court to dismiss the following defendants from the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs:

    Doe Defendant 1 - ISP address 70.184.88.220, in the above captioned matter.

    Doe Defendant 5 - ISP address 24.121.80.185, in the above captioned matter.

    Doe Defendant 6 - ISP address 24.121.21.43, in the above captioned matter.

    Doe Defendant 7 - ISP address 174.26.183.89, in the above captioned matter.

    Doe Defendant 8 - ISP address 174.26.167.30, in the above captioned matter.

    Doe Defendant 15 - ISP address 174.30.138.119, in the above captioned matter.

Doe Defendant 18 - ISP address 68.98.8.222, in the above captioned matter.

Dated this 17th day of January, 2012.

_____
Neil V. Wake
United States District Judge