IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Third World Media, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of May 13, 2011 through July 12, 2011, Sharing Hash File 763E1BC277D2705C4B651957D0BECF3A7E872D86; and DOES 1 through 26,<br><br>Defendants. | No. CV 11-01932-PHX-NVW<br><br>**ORDER** |

Having reviewed the status of this case,

IT IS ORDERED that, on or before April 13, 2012, Plaintiff shall either serve and file proof of service for all unserved defendants, or show cause why this case should not be dismissed as to all unserved defendants.

Dated this 6th day of February, 2012.

_____
Neil V. Wake
United States District Judge